THE TRAVIS COMPANY v. PEACOCK HOLDING COMPANY, INC.

182 So. 213.
Opinion Filed June 15, 1938.

812

*Leo Rosen,* for Appellant;
*Redfearn & Ferrell,* for Appellee.

PER CURIAM.—The above cause having been submitted upon the transcript of record and the briefs and argument of counsel, the Court, having duly considered the questions involved, is of the opinion that there is no reversible error in the record, and the final decree appealed from is affirmed.

WHITFIELD, TERRELL, BROWN, and CHAPMAN, J. J., concur.

BUFORD, J., dissents.

BUFORD, J. (dissenting).—I think the decree appealed from should be reversed. The tax deed conveyed a valid but defeasible title. Outstanding tax sale certificates and delinquent tax levies not redeemed or discharged at the time the tax deed was issued remained a lien against the property. See Allison Realty Co. v. Graves Investment Co., 115 Fla. 48, 155 So. 745.